Ronald G. Morrison
Morrison & Associates, P.C.
1717 S. Rustle, Suite 212
Spokane, WA  99224
(509) 624-1347
(509) 624-2065 fax

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALVERA A. MORRISON, a single woman, | NO.   06-CV-0013-LRS |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| CONSECO SENIOR HEALTH INSURANCE COMPANY, a foreign corporation, | |
| Defendant. | |

    PURSUANT TO THE STIPULATION ENTERED IN THIS MATTER, IT IS HEREBY ORDERED that the all claims in the above-entitled action be, and the same are, hereby dismissed with prejudice and without costs or attorney fees.

    DONE IN OPEN COURT this __12th__ day of __April__, 2006.

                               s/Lonny R. Suko
                               Judge

Presented by:

MORRISON & ASSOCIATES, P.C.

By: _s/ Ronald G. Morrison_
    RONALD G. MORRISON
    WSBA #6078
    Attorneys for Plaintiff
    1717 S. Rustle, Suite 212
    Spokane, WA 99224
    Telephone: (509) 624-1347
    Fax: (509) 624-2065
    Email: morrisonassoc@ronmorrisonlaw.com

ORDER OF DISMISSAL - 1

WILSON SMITH COCHRAN DICKERSON

By: s/ John M. Silk
    JOHN M. SILK
    WSBA #15035
    Attorneys for Defendant
    1215 - 4th Avenue Suite 1700
    Seattle WA 98161
    Telephone: (206) 623-4100
    Fax: (206) 623-9273
    E-mail: silk@wscd.com

CERTIFICATE OF TRANSMITTAL

I hereby certify that a true and correct copy of the foregoing was, on the _____ day of _____, 2006,

    [ ] first class mail, postage prepaid
    [ ] electronically through CM/ECF on _____/06
    [ ] facsimile

to the following:

John M. Silk
Wilson Smith Cochran Dickerson . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Fax (206) 623-4100
1215 - 4th Avenue Suite 1700
Seattle, WA 98161

Mr. Ronald G. Morrison
Morrison & Associates PC . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Fax (509) 624-2065
1717 S Rustle Rd. Suite 212
Spokane WA 99224

                                  CLERK OF COURT


                                By:_____
                                      Deputy

ORDER OF DISMISSAL - 2